ACCEPTED
03-15-00247-CR
6766649
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 2:40:31 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00247-CR

| | | |
|---|---|---|
| **KAYLA JEAN LARDIERI** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 2:40:31 PM
JEFFREY D. KYLE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Attempt to Commit Capital Murder, Aggravated Kidnapping, Aggravated Robbery, and Tampering with Physical Evidence. Her punishment was assessed by the trial court at 30 years for the Attempted Capital Murder, Aggravated Kidnapping and Aggravated Robbery offenses, for which there was a deadly weapon finding. She received 10 years for the Tampering offense. The sentences were to be served concurrently. Appellant was also assessed court costs. Appellant's brief was filed on July 2, 2015. The State's brief is currently due on September 2, 2015.

1

## II.

Chari Kelly – the attorney for the State at trial – is handling the State's brief in this case. From August 3rd to August 7th, she was out of the office on vacation. On August 10th she had to travel to Houston for a deposition in CR2014-149 & -204. From August 11-16, she prepared for that same trial, though on August 17th it was reset. She then had jury selection in CR2015-158 on the 17th, and that trial lasted from August 24-26. On the 31st she attended a funeral in San Antonio, and today, September 2, 2015, she had grand jury. Additionally, she has had to manage her regular docket. Because of the foregoing, she has not yet been able to finish the State's response, and the State respectfully requests an extension of 30 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until October 2, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant KAYLA JEAN LARDIERI's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus, PLLC
401 Main Plaza, Suite 200
New Braunfels, TX  78130
*Counsel for Appellant on Appeal*

by electronically sending it to the above-listed email address through efile.txcourts.gov, this 2nd day of September, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3